UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 3:05-cr-372-J-20MMH

ANTHONY WENDELL HICKS, JR.

## ORDER

On January 13, 2006, an Order (Doc. No. 20) was entered requiring Defendant to be examined to determine if he is competent to stand trial. Pursuant to Title 18, United States Code, §§ 4241 and 4247, Dr. Alan Harris, an expert in the field of psychology, was appointed to conduct the examination. At the conclusion of the examination, Dr. Harris submitted a report to the Court dated January 27, 2006.

The Court held a hearing on February 14, 2006. At the hearing, the parties stipulated that the report, attached to the stipulation and incorporated here by reference, may be docketed and made a part of the record and shall be received by the Court as evidence of the Defendant's competency in this case in lieu of live testimony from Dr. Harris (Doc. No. 28). The parties also stipulated that neither party would present any evidence other than the report from Dr. Harris on the issue of the Defendant's competency to stand trial in this case and the Court may enter such order as it deems appropriate.

Based upon Dr. Harris' report, the Court finds by a preponderance of the evidence the Defendant has at the present time the sufficient mental ability to:

1. consult with counsel with a reasonable degree of rational understanding; and

2. have a rational as well as factual understanding of the nature and consequences of the proceedings against him.

The Court further finds Defendant is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense. Accordingly, the Court finds Anthony Wendell Hicks, Jr. is competent to participate in all pretrial proceedings and to stand trial.

**DONE AND ORDERED** at Jacksonville, Florida, this 15th day of February, 2006

MARCIA MORALES HOWARD
United States Magistrate Judge

Copies to:
Asst. U.S. Attorney (Talbot)
Lisa Call, Esquire