Case 3:05-cr-00372-JVMG-MCR Document 83 Filed 06/27/08 Page 1 of 3 PageID 134
AO 245D (Rev 03/02) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| ANTHONY WENDELL HICKS, JR. | Case Number: 3:05-CR-372-J-33MCR<br>USM Number: 31366-018 |

**THE DEFENDANT:**             Defendant's Attorney: William C. Fletcher (Cja)

__X__ admitted guilt to violation of charge number(s) **1, 2, 3, 4, 5, 6, 7 and 8** of the term of supervision.

__ was found in violation of charge number(s)___ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Failure to notify ten days prior to any change in residence in violation of Condition 6 of the Standard Conditions of Supervision. | October, 2007 |
| 2. | Positive urinalysis for Marijuana on July 20, 2007, in violation of Condition 7 of Standard Conditions of Supervision. | July, 2007 |
| 3. | Positive urinalysis for Marijuana on August 30, 2007, in violation of Condition 7 of Standard Conditions of Supervision. | August, 2007 |
| 4. | Positive urinalysis for Marijuana on October 16, 2007, in violation of Condition 7 of Standard Conditions of Supervision. | October, 2007 |
| 5. | Failure to participate in Drug Aftercare Treatment in violation of the Special Condition. | October, 2007 |
| 6. | New criminal conduct, Sale or Delivery of Cocaine, occurring On December 5, 2007, while on supervision in violation of the condition of supervision. | December, 2007 |
| 7. | New criminal conduct, Possession of Cocaine, occurring on December 5, 2007, while on supervision in violation of the conditions of supervision. | December, 2007 |
| 8. | New criminal conduct, Possession of Less Than 20 grams of Marijuana, occurring on December 5, 2007, while on supervision in violation of the conditions of supervision. | December, 2007 |

    The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

___ The defendant has not violated charge number(s)__ and is discharged as to such violation charge(s).

AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
    Sheet 1 (Continued)

Defendant:    ANTHONY WENDELL HICKS, JR.                    Judgment - Page 2 of 3
Case No.:     3:05-cr-372-J-33MCR

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: June 26, 2008

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

DATE: June 27, 2008

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
   Sheet 2 - Imprisonment

| | |
|---|---|
| Defendant: ANTHONY WENDELL HICKS, JR. | Judgment - Page 3 of 3 |
| Case No.: 3:05-cr-372-J-33MCR | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **TWO (2) YEARS. The term of imprisonment imposed by this judgment shall run consecutively with the defendant's term of imprisonment already imposed or as yet to be imposed in any future sentence.**

   **X**    The Court makes the following recommendations to the Bureau of Prisons:
**That defendant be placed at FCI Jesup, Georgia or as close as possible to Jacksonville, Florida. Also that defendant be placed in a vocational and educational program where the defendant can learn vocational skills to better prepare defendant to support himself upon his release from imprisonment.**

   **X**    The defendant is remanded to the custody of the United States Marshal.
_____ The defendant shall surrender to the United States Marshal for this district:

_____ at _____ a.m.    p.m.    on _____.

_____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

_____ before 2 p.m. on _____.

_____ as notified by the United States Marshal.

_____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL